**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS – EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| JOEL JUENGER, individually, and<br>on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEACONESS HEALTH SYSTEM, INC., DEACONESS ILLINOIS RED BUD REGIONAL HOSPITAL, INC., and RED BUD ILLINOIS HOSPITAL COMPANY, LLC d/b/a RED BUD REGIONAL HOSPITAL,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:24-cv-02284-NJR<br><br>The Honorable Nancy J. Rosenstengel, Judge |

**RULE 12(B)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants Deaconess Health System, Inc. and Deaconess Illinois Red Bud Regional Hospital, Inc. (collectively, the Deaconess defendants), by and through their undersigned counsel, respectfully move the Court to dismiss plaintiff Joel Juenger's complaint with prejudice under Rule 12(b)(6) of the Federal Civil Rules for failure to state a claim upon which relief can be granted. The Deaconess defendants are contemporaneously submitting a memorandum in support of this motion, which is attached to this motion and expressly incorporated by reference herein. If plaintiff Juenger does not amend his complaint in response to the motion, the Deaconess defendants also intend to separately move the Court for oral argument on the motion.

WHEREFORE, the Deaconess defendants respectfully request that this Court grant this motion, and dismiss plaintiff Juenger's complaint with prejudice for failure to state a claim for which relief can be granted under Rule 12(b)(6).

Dated: December 23, 2024

Respectfully submitted,

**DEFENDANTS DEACONESS HEALTH SYSTEM, INC. AND DEACONESS ILLINOIS RED BUD REGIONAL HOSPITAL, INC.**

By: /s/ *Paul G. Karlsgodt*
Paul G. Karlsgodt
BAKER & HOSTETLER LLP
1801 California Street
Suite 4400
Denver, CO 80202
(303) 764-4013
pkarlsgodt@bakerlaw.com

David Carney (*application to Southern District of Illinois forthcoming)*
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH 44114
(216) 861-7634
dcarney@bakerlaw.com

*Counsel for Defendant Deaconess Health System, Inc. and Deaconess Illinois Red Bud Regional Hospital, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on December 23, 2024, I filed the foregoing *Rule 12(b)(6) Motion to Dismiss* with the Court's ECF system. A copy will be sent electronically to all counsel of record by operation of the ECF system.

*/s/ Paul G. Karlsgodt*
*One of the attorneys for defendants Deaconess Health System, Inc. and Deaconess Illinois Red Bud Regional Hospital, Inc.*