# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| JOEL JUENGER, individually, and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 3:24-cv-02332 |
| DEACONESS HEALTH SYSTEM, INC., DEACONESS ILLINOIS RED BUD REGIONAL HOSPITAL, INC., and RED BUD ILLINOIS HOSPITAL COMPANY, LLC d/b/a RED BUD REGIONAL HOSPITAL, ) ) ) ) ) ) ) ) | The Honorable Nancy J. Rosenstengel, Judge |
| Defendant. ) | |

## RED BUD ILLINOIS HOSPITAL COMPANY'S RULE 12(B)(6) MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

Defendant Red Bud Illinois Hospital Company ("Red Bud Hospital" or "RBR"), by and through its undersigned counsel, respectfully moves the Court to dismiss Plaintiff Joel Juenger's Complaint with prejudice under Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted. RBR is contemporaneously submitting a memorandum in support of this Motion, which is attached to this Motion and expressly incorporated by reference herein. If Plaintiff Juenger does not amend his Complaint in response to the Motion, RBR also intends to separately move the Court for oral argument on the Motion.

WHEREFORE, RBR respectfully requests that this Court grant this Motion, and dismiss Plaintiff Juenger's Complaint with prejudice for failure to state a claim for which relief can be granted under Rule 12(b)(6).

1

Dated: January 22, 2025

Respectfully submitted,

/s/ *Jousef M. Shkoukani*

*Counsel for Defendant Red Bud Illinois Hospital Company, LLC d/b/a Red Bud Regional Hospital*

Jousef M. Shkoukani
**SHOOK, HARDY & BACON L.L.P.**
111 S. Wacker Drive, Ste. 4700
Chicago, IL 60606
312-704-7700
312-558-1195 (fax)
jshkoukani@shb.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 22, 2025, the foregoing document was electronically filed with the Clerk of Court via CM/ECF, which will provide notification of such filing to all Counsel of Record.

/s/ *Jousef M. Shkoukani*
Jousef M. Shkoukani

*Counsel for Defendant Red Bud Illinois Hospital Company, LLC d/b/a Red Bud Regional Hospital*