**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| JOEL JUENGER, individually, and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 3:24-cv-02332 |
| DEACONESS HEALTH SYSTEM, INC., DEACONESS ILLINOIS RED BUD REGIONAL HOSPITAL, INC., and RED BUD ILLINOIS HOSPITAL COMPANY, LLC d/b/a RED BUD REGIONAL HOSPITAL, | ) | |
| Defendants. | ) | |

**RED BUD ILLINOIS HOSPITAL COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Red Bud Illinois Hospital Company, LLC d/b/a Red Bud Regional Hospital ("RBR") submits this Notice of Supplemental Authority to direct the Court's attention to a recent decision of the United States District Court for the District of Massachusetts in *Goulart, et al. v. Cape Cod Healthcare Inc.*, No. 25-10445-RGS (D. Mass. June 24, 2025), which is highly relevant to RBR's pending Motion to Dismiss Plaintiff Joel Juenger's Complaint [ECF No. 24]. In *Cape Cod*, the court ruled in circumstances similar to those in the instant action that the crime-tort exception does not apply to the plaintiffs' claims under the Electronic Communications Privacy Act ("ECPA") and therefore dismissed plaintiffs' ECPA claim. A copy of the *Cape Cod* decision, which further supports points raised in RBR's Motion to Dismiss, is attached as Exhibit A for the Court's consideration.

Dated: June 25, 2025

Respectfully submitted,

RED BUD ILLINOIS HOSPITAL COMPANY, LLC D/B/A RED BUD REGIONAL HOSPITAL

By: /s/*Jad Sheikali*
One of Its Attorneys

Jad Sheikali (#6324641)
**SHOOK, HARDY & BACON LLP**
111 S. Wacker Drive, Ste. 4700
Chicago, IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195
jsheikali@shb.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 25, 2025, the foregoing document was electronically filed with the Clerk of Court via CM/ECF, which will provide notification of such filing to all Counsel of Record.

/s/*Jad Sheikali*
Jad Sheikali