**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| JOEL JUENGER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEACONESS HEALTH SYSTEM, INC., DEACONESS ILLINOIS RED BUD REGIONAL HOSPITAL, INC., and RED BUD ILLINOIS HOSPITAL COMPANY, LLC d/b/a RED BUD REGIONAL HOSPITAL,<br><br>Defendants. | ) | Case No. 3:24-cv-02332 |

**RED BUD ILLINOIS HOSPITAL COMPANY'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Red Bud Illinois Hospital Company, LLC d/b/a Red Bud Regional Hospital ("RBR") submits this Second Notice of Supplemental Authority to direct the Court's attention to a recent decision of the United States District Court for the Central District of Illinois *in Doe 1 v. Chestnut Health Sys., Inc.*, No. 1:24-cv-01475-JEH-RLH (C.D. Ill. June 6, 2025), which is highly relevant to RBR's pending Motion to Dismiss Plaintiff Joel Juenger's Complaint [ECF No. 24]. In *Chestnut Health System*, the court dismissed plaintiffs' Electronic Communications Privacy Act claim under similar circumstances holding the crime-tort exception does not apply where plaintiffs fail to allege a tortious or criminal purpose independent of the interception itself. The court emphasized that plaintiffs contradictorily alleged that the defendant's purpose in sharing the information was for marketing purposes, not tortious or criminal conduct. A copy of the *Chestnut Health System* decision, which further supports points raised in RBR's Motion to Dismiss, is attached as Exhibit A for the Court's consideration.

Dated: July 11, 2025

Respectfully submitted,

RED BUD ILLINOIS HOSPITAL COMPANY, LLC D/B/A RED BUD REGIONAL HOSPITAL

By: /s/*Jad Sheikali*
One of Its Attorneys

Jad Sheikali (#6324641)
**SHOOK, HARDY & BACON LLP**
111 S. Wacker Drive, Ste. 4700
Chicago, IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195
jsheikali@shb.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 11, 2025, the foregoing document was electronically filed with the Clerk of Court via CM/ECF, which will provide notification of such filing to all Counsel of Record.

/s/*Jad Sheikali*
Jad Sheikali