**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| JOEL JUENGER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEACONESS HEALTH SYSTEM, INC., DEACONESS ILLINOIS RED BUD REGIONAL HOSPITAL, INC., and RED BUD ILLINOIS HOSPITAL COMPANY, LLC d/b/a RED BUD REGIONAL HOSPITAL,<br><br>Defendants. | ) | Case No. 3:24-cv-02332 |

**RED BUD ILLINOIS HOSPITAL COMPANY'S THIRD NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Red Bud Illinois Hospital Company, LLC d/b/a Red Bud Regional Hospital ("RBR") submits this Third Notice of Supplemental Authority to direct the Court's attention to a recent Report and Recommendation of the United States District Court for the District of Massachusetts in *Doe v. Lawrence General Hospital*, 25-cv-10081-NMG (D. Mass. Aug. 29, 2025) (Exhibit A), which is highly relevant to RBR's pending Motion to Dismiss Plaintiff Joel Juenger's Complaint [ECF No. 24].

On August 29, 2025, Magistrate Judge Levenson issued a Report and Recommendation to Judge Gorton recommending Judge Gorton grant Lawrence General Hospital's motion to dismiss Plaintiff Doe's ECPA claim. Magistrate Judge Levenson's detailed analysis further supports arguments RBR made in its Motion to Dismiss.

(1) Under the ECPA, "purpose" is an essential element, distinct from the minimal intent required under HIPAA. (*see* Ex. A at 22);

(2) The crime-tort exception requires that the interceptor "have the intent to use the illicit recording to commit a tort or crime beyond the act of recording itself" (*see* Ex. A at 23); and

(3) The alleged HIPAA violation must be "separate and independent" from the alleged interception itself, it cannot stem directly from the same disclosure underlying the ECPA claim. (*see* Ex. A at 25).

Magistrate Judge Levenson noted that "[t]he allegations of the Complaint "fail to plausibly support an inference that LGH's purpose in deploying the web tracking tools was anything other than the usual reason why website operators use such tools: to help run their websites." (Ex. A at 31). As such, RBR respectfully requests the Court consider the Report and Recommendation as supplemental authority.

Dated: September 18, 2025

Respectfully submitted,

RED BUD ILLINOIS HOSPITAL COMPANY, LLC D/B/A RED BUD REGIONAL HOSPITAL

By: /s/*Jad Sheikali*
One of Its Attorneys

Jad Sheikali (#6324641)
**SHOOK, HARDY & BACON LLP**
111 S. Wacker Drive, Ste. 4700
Chicago, IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195
jsheikali@shb.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 18, 2025, the foregoing document was electronically filed with the Clerk of Court via CM/ECF, which will provide notification of such filing to all Counsel of Record.

/s/*Jad Sheikali*
Jad Sheikali