**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| JOEL JUENGER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEACONESS HEALTH SYSTEM, INC., DEACONESS ILLINOIS RED BUD REGIONAL HOSPITAL, INC., and RED BUD ILLINOIS HOSPITAL COMPANY, LLC d/b/a RED BUD REGIONAL HOSPITAL,<br><br>Defendants. | ) | Case No. 3:24-cv-02332 |

**DEFENDANT RED BUD ILLINOIS HOSPITAL COMPANY, LLC D/B/A RED BUD REGIONAL HOSPITAL'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Defendant Red Bud Illinois Hospital Company, LLC d/b/a Red Bud Regional Hospital ("Red Bud"), through its undersigned counsel, hereby asserts the following answers and affirmative defenses. to Plaintiff Joel Juenger's ("Plaintiff") Complaint. Except as expressly admitted herein, Red Bud denies without limitation: (1) all allegations contained in the Complaint, including those found in headings, subheadings, and footnotes; (2) all causes of action asserted in the Complaint; and (3) all allegations alleging that Plaintiff or the putative class has been harmed by Red Bud in any way or are otherwise entitled to any of the relief they seek from Red Bud. Red Bud's denial of the allegations contained in a specific paragraph extend to all averments made in any footnotes incorporated into such paragraph.

**Red Bud further states that Deaconess Health System, Inc. took possession of substantially all of Red Bud Illinois Hospital Company, LLC, and, on information and belief,**

**its associated website, effective January 14, 2023 (the "Transaction"). Accordingly, Red Bud asserts the following answers to the Complaint only with respect to events occurring prior to the Transaction. *Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of any allegations in the Complaint as they relate to events occurring on or after the Transaction, so they are to be considered denied*.**

Red Bud further states that its use of the section headings contained in the Complaint in this Answer is not an endorsement, admission, and/or waiver of the right to dispute any factual allegations, legal conclusions, and/or other averments contained in such section headings. Rather, Red Bud's use of the section headings is purely for organizational purposes with respect to this Answer.

## ANSWER

1. Red Bud admits that Plaintiff brings this lawsuit as a class action, but denies (i) that Red Bud has violated any applicable law, (ii) that Plaintiff is entitled to any of the relief sought in the Complaint, or (iii) that any putative class may be certified in this matter. Red Bud denies the remaining allegations in this paragraph.

2. Red Bud Lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

3. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

4. This paragraph makes no averments against Red Bud, so no response is required. This paragraph also states a legal conclusion to which no response is required. To the extent a

response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the remaining averments in this paragraph so they are to be considered denied.

5. Red Bud Lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

6. This paragraph appears to quote a bulletin from the U.S. Department of Health and Human Services ("HHS"). Red Bud refers to the full text of the bulletin, which speaks for itself. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the remaining averments in this paragraph so they are to be considered denied.

7. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote a bulletin from HHS. Red Bud refers to the full text of the bulletin, which speaks for itself.

8. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote a bulletin from HHS. Red Bud refers to the full text of the bulletin, which speaks for itself.

9. Red Bud admits this paragraph includes quoted language that is present at the webpage located at https://redbudregional.com/community/, but denies that Plaintiff has fully or accurately quoted the full language contained on that webpage and refers to the webpage for its full contents.

10. Red Bud denies the allegations contained in this paragraph.

11. Red Bud admits that individuals, including patients, may use the subject website. Red Bud refers to the website for its functionality and features. Red Bud denies the remaining allegations in this paragraph.

12. Red Bud Lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

13. Red Bud Lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding Plaintiff's and the class members' state of mind, so they are to be considered denied. Red Bud denies the remaining allegations in this paragraph.

14. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

15. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud.

16. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the

specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud.

17. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

18. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

19. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

20. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that

Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud.

21. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud.

22. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding Facebook or other third parties so they are to be considered denied. Further answering, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the

Transaction, so they are to be considered denied. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud.

23. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud.

24. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

25. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the remaining averments in this paragraph so they are to be considered denied.

26. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies the remaining allegations in this paragraph.

27. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies the remaining allegations in this paragraph.

28. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies the remaining allegations in this paragraph.

29. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud.

30. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that

Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Further answering, this paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud.

31. Red Bud denies the allegations contained in this paragraph.

32. Red Bud admits that Plaintiff purports to bring the claims described in this paragraph, but denies that Red Bud has violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud.

**PARTIES**

33. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in the paragraph so they are to be considered denied.

34. This paragraph directly references another defendant and makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in the paragraph so they are to be considered denied.

35. Admitted that Red Bud Illinois Hospital Company, LLC is an Illinois limited liability company with its principal place of address at 1573 Mallory Lane, Suite 100, Brentwood, Tennessee 37027. Red Bud denies the remaining allegations in this paragraph.

36. This paragraph directly references another defendant and makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks

knowledge and information sufficient to form a belief as to the truth or falsity of the averments in the paragraph so they are to be considered denied.

## JURISDICTION & VENUE

37. This paragraph asserts legal conclusions to which no response is required. To the extent a response is necessary, Red Bud does not contest the Court's jurisdiction in this case.

38. This paragraph asserts legal conclusions to which no response is required. To the extent a response is necessary, Red Bud does not contest the Court's jurisdiction in this case.

39. This paragraph asserts legal conclusions to which no response is required. To the extent a response is necessary, Red Bud does not contest the Court's jurisdiction in this case.

## COMMON FACTUAL ALLEGATIONS

### A. Background

40. This paragraph appears to quote language from a document and/or a webpage. Red Bud refers to the full text of such materials, which speak for themselves.

41. This paragraph appears to quote language from a document and/or a webpage. Red Bud refers to the full text of such materials, which speak for themselves.

42. This paragraph appears to quote language from a document and/or a webpage. Red Bud refers to the full text of such materials, which speak for themselves.

43. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website

prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud.

***i. Facebook's Business Tools and the Meta Pixel***

44. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

45. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

46. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

47. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

48. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

49. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

50. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

51. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

52. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

53. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

54. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form

a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

***ii. Defendants' method of transmitting Plaintiff's and Class Members' Private Information via the Meta Pixel and/or Conversions API i.e., the Interplay between HTTP Requests and Responses, Source Code, and the Meta Pixel***

55. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

56. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

57. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

58. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

59. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form

a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

60. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

61. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

62. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

63. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

64. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

65. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

66. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

67. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

68. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

69. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

**70-73. Paragraphs 70 through 73 are omitted from the Complaint. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in those paragraphs, including whether they were omitted in error or for some**

**other reason. Accordingly, Red Bud denies any allegations that should otherwise be reflected in Paragraphs 70 through 73**

***iii. Defendants' Other Trackers: Google Analytics, DoubleClick Ads, and Google Tag Manager***

74. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud.

75. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

76. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud.

77. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

78. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

79. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

80. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud.

81. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form

a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

82. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is necessary, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

83. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud.

***iv. RBR Violated Its Own Privacy Policies***

84. This paragraph appears to quote language from policy documents contained on the subject website that were accessed by Plaintiff and/or his counsel after the Transaction. Red Bud refers to those policy documents for their contents. Further answering, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments relevant to the time period after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud.

85. This paragraph appears to quote language from policy documents contained on the subject website that were accessed by Plaintiff and/or his counsel after the Transaction. Red Bud refers to those policy documents for their contents. Further answering, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments relevant to the time period after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud.

86. This paragraph appears to quote language from policy documents contained on the subject website that were accessed by Plaintiff and/or his counsel after the Transaction. Red Bud refers to those policy documents for their contents. Further answering, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments relevant to the time period after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud.

87. This paragraph appears to reference policy documents contained on the subject website that were accessed by Plaintiff and/or his counsel after the Transaction. Red Bud refers to those policy documents for their contents. Further answering, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments relevant to the time period after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies

that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud.

88. This paragraph appears to quote language from policy documents contained on the subject website that were accessed by Plaintiff and/or his counsel after the Transaction. Red Bud refers to those policy documents for their contents. Further answering, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments relevant to the time period after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud.

89. This paragraph appears to quote language from policy documents contained on the subject website that were accessed by Plaintiff and/or his counsel after the Transaction. Red Bud refers to those policy documents for their contents. Further answering, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments relevant to the time period after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud.

90. This paragraph appears to quote language from policy documents contained on the subject website that were accessed by Plaintiff and/or his counsel after the Transaction. Red Bud refers to those policy documents for their contents. Further answering, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments relevant to the time period after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff

has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud.

91. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud. Further answering, this paragraph appears to reference policy documents contained on the subject website that were accessed by Plaintiff and/or his counsel after the Transaction. Red Bud refers to those policy documents for their contents.

92. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud. Further answering, this paragraph appears to reference policy documents contained on the subject website that were accessed by Plaintiff and/or his counsel after the Transaction. Red Bud refers to those policy documents for their contents.

***v. Defendants Unauthorizedly Disclosed Plaintiff's and the Class's Private Information via the Meta Pixel and Related Tracking Technologies***

93. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud. Red Bud denies the remaining allegations contained in this paragraph.

94. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud. Red Bud denies the remaining allegations contained in this paragraph.

95. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud. Red Bud's investigation continues with

respect to the alleged installation of the tools described in this paragraph prior to the Transaction and reserves the right to supplement this answer.

96. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud. Red Bud denies the remaining allegations contained in this paragraph.

97. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the remaining averments in this paragraph, so they are to be considered denied.

98. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website after the Transaction, so they are to be considered denied.

99. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the remaining averments in this paragraph, so they are to be considered denied.

100. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the remaining averments in this paragraph, so they are to be considered denied.

101. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the remaining averments in this paragraph, so they are to be considered denied.

102. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the remaining averments in this paragraph, so they are to be considered denied.

103. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website

prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the remaining averments in this paragraph, so they are to be considered denied.

104. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the remaining averments in this paragraph, so they are to be considered denied.

105. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud. Red Bud lacks knowledge and information

sufficient to form a belief as to the truth or falsity of the remaining averments in this paragraph, so they are to be considered denied.

106. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the remaining averments in this paragraph, so they are to be considered denied.

107. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the remaining averments in this paragraph, so they are to be considered denied.

108. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the remaining averments in this paragraph, so they are to be considered denied.

109. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the remaining averments in this paragraph, so they are to be considered denied.

110. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the

specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the remaining averments in this paragraph, so they are to be considered denied.

111. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the remaining averments in this paragraph, so they are to be considered denied.

112. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website

prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the remaining averments in this paragraph, so they are to be considered denied.

113. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the subject website as Plaintiff (i) does not specify whether the time period at issue is before or after the Transaction, (ii) fails to specify the specific defendant(s) to which the alleged conduct pertains, and (iii) alleges in the Complaint that Plaintiff only accessed the subject website after the Transaction, so they are to be considered denied. Red Bud denies that Plaintiff has fully or accurately characterized its use of the website prior to the Transaction. Red Bud denies that it violated any applicable law or that Plaintiff and the putative class are entitled to relief from Red Bud. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the remaining averments in this paragraph, so they are to be considered denied.

***The Complaint is misnumbered/includes duplicate numbers, and numbering in the following paragraphs reverts back to No. 80.***

80. Red Bud denies the allegations contained in this paragraph.

81. Red Bud denies the allegations contained in this paragraph.

82. Red Bud denies the allegations contained in this paragraph.

83. Red Bud denies the allegations contained in this paragraph.

84. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding Plaintiff's and the class members' mental impressions, so they are to be considered denied.

85. Red Bud denies the allegations contained in this paragraph.

86. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, Red Bud denies that Plaintiff has fully or accurately stated any proposition of law. Red Bud denies the remaining allegations in this paragraph.

**B. Plaintiff Joel Juenger's Experience**

87. Red Bud Lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph as they all relate to alleged events occurring after the Transaction, so they are to be considered denied.

88. Red Bud Lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph as they all relate to alleged events occurring after the Transaction, so they are to be considered denied.

89. Red Bud Lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph as they all relate to alleged events occurring after the Transaction, so they are to be considered denied.

90. Red Bud Lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph as they all relate to alleged events occurring after the Transaction, so they are to be considered denied.

91. Red Bud Lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph as they all relate to alleged events occurring after the Transaction, so they are to be considered denied.

92. Red Bud Lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph as they all relate to alleged events occurring after the Transaction, so they are to be considered denied.

93. Red Bud Lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph as they all relate to alleged events occurring after the Transaction, so they are to be considered denied.

94. Red Bud Lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph as they all relate to alleged events occurring after the Transaction, so they are to be considered denied.

95. Red Bud Lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph as they all relate to alleged events occurring after the Transaction, so they are to be considered denied.

96. Red Bud Lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph as they all relate to alleged events occurring after the Transaction, so they are to be considered denied.

97. Red Bud Lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph as they all relate to alleged events occurring after the Transaction, so they are to be considered denied.

98. Red Bud Lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph as they all relate to alleged events occurring after the Transaction, so they are to be considered denied. Further answering, this paragraph also states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that it violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud.

99. Red Bud Lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph as they all relate to alleged events occurring after the Transaction, so they are to be considered denied. Further answering, this paragraph also states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that it violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud.

**C. Investigations and Reports Reveal the Meta Pixel's Impermissible Collection of PHI**

100. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves.

101. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves.

102. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves.

103. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves.

104. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves.

105. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves.

106. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves.

107. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves.

**D. Defendants Violated HIPAA Standards**

108. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves. Further answering, this paragraph also states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that it violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud.

109. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves. Further answering, this paragraph also states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal

proposition of law. Red Bud denies that it violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud.

110. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves. Further answering, this paragraph also states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that it violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud.

111. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves.

112. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves.

113. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves.

114. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves.

115. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves.

116. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves.

117. Red Bud denies the allegations contained in this paragraph.

**E. Defendants Violated FTC Standards, and the FTC and HHS Take Action**

118. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves.

119. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves.

120. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves.

121. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves. Further answering, this paragraph also states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal

proposition of law. Red Bud denies that it violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud.

122. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves. Further answering, this paragraph also states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that it violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud.

123. Red Bud denies the allegations contained in this paragraph.

124. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves. Further answering, this paragraph also states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that it violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud.

125. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves. Further answering, this paragraph also states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal

proposition of law. Red Bud denies that it violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud.

126. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves. Further answering, this paragraph also states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that it violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud.

**F. Defendants Violated Industry Standards**

127. This paragraph makes no averments against Red Bud, so no response is required. Further answering, this paragraph also states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that it violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud.

128. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves. Further answering, this paragraph also states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that it violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud.

129. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves. Further answering, this paragraph also states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that it violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud.

130. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves. Further answering, this paragraph also states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that it violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud.

131. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote third-party source materials. Red Bud refers to the full text of such materials, which speaks for themselves. Further answering, this paragraph also states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that it violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud.

***132-170. Paragraphs 132 through 170 are omitted from the Complaint. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the**

**averments in those paragraphs, including whether they were omitted in error or for some other reason. Accordingly, Red Bud denies any allegations that should otherwise be reflected in Paragraphs 132 through 170**.*

**G. Defendants Violated Standards Set Forth in Illinois Law**

171. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote statutory language. Red Bud refers to the full text of such statute, which speaks for itself. Further answering, this paragraph also states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that it violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud.

172. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote statutory language. Red Bud refers to the full text of such statute, which speaks for itself. Further answering, this paragraph also states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that it violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud.

173. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote statutory language. Red Bud refers to the full text of such statute, which speaks for itself. Further answering, this paragraph also states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud

denies that it violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud.

174. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that it violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud.

175. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote statutory language. Red Bud refers to the full text of such statute, which speaks for itself. Further answering, this paragraph also states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that it violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud.

176. Red Bud denies the allegations contained in this paragraph.

**H. Plaintiff's and the Class Members' expectation of Privacy**

177. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding Plaintiff and class members intent, expectations, and/or personal beliefs so they are to be considered denied. Further answering, this paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies the remaining allegations in this paragraph.

**I. IP Addresses are Personally Identifiable Information**

178. Red Bud denies the allegations contained in this Paragraph.

179. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the context and/or use of IP addresses as described by Plaintiff in this paragraph, so they are to be considered denied.

180. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the context and/or use of IP addresses as described by Plaintiff in this paragraph, so they are to be considered denied.

181. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the context and/or use of IP addresses as described by Plaintiff in this paragraph, so they are to be considered denied.

182. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph, so they are to be considered denied.

183. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph, so they are to be considered denied.

184. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, this paragraph appears to quote statutory language. Red Bud refers to the full text of such statute, which speaks for itself. Further answering, this paragraph also

states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that it violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud.

185. Red Bud denies the allegations contained in this paragraph.

**J. Defendants Were Enriched and Benefitted from the Use of the Pixel and Unauthorized Disclosures.**

186. Red Bud denies the allegations contained in this paragraph.

187. Red Bud denies that Plaintiff has fully or accurately described its use of technologies on the subject website prior to the Transaction. Further answering, Red Bud denies that it violated any applicable law.

188. Red Bud denies that Plaintiff has fully or accurately described its use of technologies on the subject website prior to the Transaction. Further answering, Red Bud denies that it violated any applicable law.

189. Red Bud denies that Plaintiff has fully or accurately described its use of technologies on the subject website prior to the Transaction. Further answering, Red Bud denies that it violated any applicable law.

**K. Plaintiff's and Class Members' Private Information Had Financial Value**

190. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the economic value of Plaintiff's and the putative class members' personal information, so they are to be considered denied. Red Bud denies the remaining allegations contained in this paragraph.

191. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, Red Bud lacks knowledge and information sufficient to form

a belief as to the truth or falsity of the averments in this paragraph, so they are to be considered denied.

192. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph, so they are to be considered denied.

193. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph, so they are to be considered denied.

194. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the economic value of Plaintiff's and the putative class members' personal information, so they are to be considered denied. Red Bud denies the remaining allegations contained in this paragraph.

195. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph, so they are to be considered denied.

196. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph, so they are to be considered denied.

197. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph, so they are to be considered denied.

198. This paragraph makes no averments against Red Bud, so no response is required. To the extent a response is required, Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph, so they are to be considered denied.

**TOLLING, CONCEALMENT, AND ESTOPPEL**

199. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that it violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud. Red Bud denies that any tolling, concealment, and/or estoppel has tolled the applicable statute of limitations.

200. Red Bud denies the allegations contained in this paragraph.

201. Red Bud denies the allegations contained in this paragraph.

202. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that it violated any applicable law or that Plaintiff or the putative class are entitled to relief from Red Bud. Red Bud denies that any tolling, concealment, and/or estoppel has tolled the applicable statute of limitations.

## CLASS ACTION ALLEGATIONS

203. Red Bud admits that Plaintiff purports to bring this matter as a class action. Red Bud denies that this matter is properly brought as a class action or that a class can be certified. Red Bud denies any remaining allegations.

204. Red Bud admits that Plaintiff purports to bring a class action on behalf of the class defined in this paragraph. Red Bud denies that this matter is properly brought as a class action or that a class can be certified. Red Bud denies any remaining allegations.

205. Red Bud admits that Plaintiff purports to bring a class action on behalf of the subclass defined in this paragraph. Red Bud denies that this matter is properly brought as a class action or that a subclass can be certified. Red Bud denies any remaining allegations.

206. Red Bud admits that Plaintiff purports to bring this matter as a class action. Red Bud denies that this matter is properly brought as a class action or that a class can be certified. Red Bud denies any remaining allegations.

207. Red Bud admits that Plaintiff purports to exclude the individuals and entities listed in this paragraph from the class. Red Bud denies that this matter is properly brought as a class action or that a class can be certified. Red Bud denies any remaining allegations.

208. Red Bud admits that Plaintiff purports to reserve the right to amend the class definition.

209. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that this matter is properly brought as a class action or that a class can be certified. Red Bud denies any remaining allegations.

210. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that this matter is properly brought as a class action or that a class can be certified. Red Bud denies any remaining allegations.

211. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that this matter is properly brought as a class action or that a class can be certified. Red Bud denies any remaining allegations.

212. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that this matter is properly brought as a class action or that a class can be certified. Red Bud denies any remaining allegations.

213. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that this matter is properly brought as a class action or that a class can be certified. Red Bud denies any remaining allegations.

214. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that this matter is properly brought as a class action or that a class can be certified. Red Bud denies any remaining allegations.

215. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal

proposition of law. Red Bud denies that this matter is properly brought as a class action or that a class can be certified. Red Bud denies any remaining allegations.

216. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that this matter is properly brought as a class action or that a class can be certified. Red Bud denies any remaining allegations.

217. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that this matter is properly brought as a class action or that a class can be certified. Red Bud denies any remaining allegations.

218. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that this matter is properly brought as a class action or that a class can be certified. Red Bud denies any remaining allegations.

219. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that this matter is properly brought as a class action or that a class can be certified. Red Bud denies any remaining allegations.

220. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that this matter is properly brought as a class action or that a class can be certified. Red Bud denies any remaining allegations.

221. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that this matter is properly brought as a class action or that a class can be certified. Red Bud denies any remaining allegations.

222. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that this matter is properly brought as a class action or that a class can be certified. Red Bud denies any remaining allegations.

223. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that this matter is properly brought as a class action or that a class can be certified. Red Bud denies any remaining allegations.

**COUNT I**
**NEGLIGENCE**
**(On Behalf of Plaintiff and the Class)**

224. Red Bud incorporates by reference all other Answers to all other paragraphs as if fully set forth below.

225. This paragraph contains legal conclusions to which a response is not required. To the extent a response is required, Red Bud denies the allegations in this paragraph.

226. Red Bud denies the allegations in this paragraph.

227. This paragraph contains legal conclusions to which a response is not required. To the extent a response is required, Red Bud denies the allegations in this paragraph. Red Bud denies the remaining allegations in this paragraph.

228. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding the value of private information and any averments directed to third-parties, so they are to be considered denied. Red Bud denies the remaining allegations in this paragraph.

229. Red Bud denies the allegations in this paragraph.

230. Red Bud denies the allegations in this paragraph.

231. Red Bud denies the allegations in this paragraph.

232. Red Bud denies the allegations in this paragraph.

**COUNT II**
**NEGLIGENCE *PER SE***
**(On Behalf of Plaintiff and the Class)**

233. Red Bud denies the allegations in this paragraph.

234. Red Bud incorporates by reference all other Answers to all other paragraphs as if fully set forth below.

235. Red Bud admits that Plaintiff is purporting to bring a negligence per se claim, but denies that Plaintiff or the putative class is entitled to any damages pursuant to this claim or that Red Bud violated any applicable law with respect to this claim.

236. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law and refers to the statutes, regulations, and/or legal documents referenced in this paragraph for the language contained therein. Red Bud denies the remaining allegations in this paragraph.

237. Red Bud denies the allegations in this paragraph.

238. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies the remaining allegations in this paragraph.

239. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies the remaining allegations in this paragraph.

240. Red Bud denies the allegations in this paragraph.

241. Red Bud denies the allegations in this paragraph.

242. Red Bud denies the allegations in this paragraph.

243. Red Bud denies the allegations in this paragraph.

244. Red Bud denies the allegations in this paragraph.

245. Red Bud denies the allegations in this paragraph.

**COUNT III**
**INVASION OF PRIVACY—INTRUSION UPON SECLUSION**
**(On Behalf of Plaintiff and the Class)**

The Court dismissed Count III of the Complaint on September 30, 2025 (ECF No. 40) and Plaintiff has not filed an amended complaint reasserting the claim contained in Count III. Accordingly, no response to the allegations contained in Count III (Pars. 246-257) is required.

**COUNT IV**
**BREACH OF IMPLIED CONTRACT**
**(On Behalf of Plaintiff and the Class)**

The Court dismissed Count IV of the Complaint on September 30, 2025 (ECF No. 40) and Plaintiff has not filed an amended complaint reasserting the claim contained in Count IV. Accordingly, no response to the allegations contained in Count IV (Pars. 258-268) is required.

**COUNT V**
**UNJUST ENRICHMENT**
**(On Behalf of Plaintiff and the Class)**

The Court dismissed Count V of the Complaint on September 30, 2025 (ECF No. 40) and Plaintiff has not filed an amended complaint reasserting the claim contained in Count V. Accordingly, no response to the allegations contained in Count V (Pars. 269-276) is required.

**COUNT VI**
**BREACH OF IMPLIED DUTY OF CONFIDENTIALITY**
**(On Behalf of Plaintiff and the Class)**

The Court dismissed Count VI of the Complaint on September 30, 2025 (ECF No. 40) and Plaintiff has not filed an amended complaint reasserting the claim contained in Count VI. Accordingly, no response to the allegations contained in Count VI (Pars. 277-287) is required.

**COUNT VII**
**VIOLATION OF ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT, ("CFDPA"), 815 Ill. Comp. Stat. § 505/1, *et seq.***
**(On Behalf of Plaintiff and the Class)**

The Court dismissed Count VII of the Complaint on September 30, 2025 (ECF No. 40) and Plaintiff has not filed an amended complaint reasserting the claim contained in Count VII. Accordingly, no response to the allegations contained in Count VII (Pars. 288-308) is required.

**COUNT VIII**
**VIOLATION OF THE ILLINOIS EAVESDROPPING STATUTE, 720 Ill. Comp. Stat. 5/14, *et seq.***
**(On Behalf of Plaintiff and the Class)**

309. Red Bud incorporates by reference all other Answers to all other paragraphs as if fully set forth below.

310. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law and refers to the statutes, regulations, and/or legal documents referenced in this

paragraph for the language contained therein. Red Bud denies the remaining allegations in this paragraph.

311. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law and refers to the statutes, regulations, and/or legal documents referenced in this paragraph for the language contained therein. Red Bud denies the remaining allegations in this paragraph.

312. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law and refers to the statutes, regulations, and/or legal documents referenced in this paragraph for the language contained therein. Red Bud denies the remaining allegations in this paragraph.

313. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law and refers to the statutes, regulations, and/or legal documents referenced in this paragraph for the language contained therein. Red Bud denies the remaining allegations in this paragraph.

314. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law and refers to the statutes, regulations, and/or legal documents referenced in this paragraph for the language contained therein. Red Bud denies the remaining allegations in this paragraph.

315. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law and refers to the statutes, regulations, and/or legal documents referenced in this paragraph for the language contained therein. Red Bud denies the remaining allegations in this paragraph.

316. Red Bud denies the allegations in this paragraph.

317. Red Bud denies the allegations in this paragraph.

318. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies the remaining allegations in this paragraph.

319. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies the remaining allegations in this paragraph.

320. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied.

321. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding Plaintiff and class members intent, expectations, and/or personal beliefs so they are to be considered denied. Further answering, this paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies the remaining allegations in this paragraph.

322. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding Plaintiff and class members intent,

expectations, and/or personal beliefs so they are to be considered denied. Further answering, this paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies the remaining allegations in this paragraph.

323. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph so they are to be considered denied. Red Bud denies the remaining allegations in this paragraph.

324. Red Bud denies the allegations in this paragraph.

325. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law and refers to the statutes, regulations, and/or legal documents referenced in this paragraph for the language contained therein. Red Bud denies the remaining allegations in this paragraph.

326. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies the remaining allegations in this paragraph.

327. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law and refers to the statutes, regulations, and/or legal documents referenced in this paragraph for the language contained therein. Red Bud denies the remaining allegations in this paragraph.

328. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal

proposition of law and refers to the statutes, regulations, and/or legal documents referenced in this paragraph for the language contained therein.

329. Red Bud denies the allegations in this paragraph.

330. Red Bud denies the allegations in this paragraph.

331. Red Bud denies the allegations in this paragraph.

332. Red Bud denies that Plaintiff and the class are entitled to any relief from Red Bud, including with respect to the allegations Count XIII.

**COUNT IX**
**VIOLATION OF THE ELECTRONIC COMMUNICATIONS PRIVACY ACT ("ECPA")**
**18 U.S.C. §§ 2511(1), *et seq.***
**(On Behalf of Plaintiff and the Class)**

333. Red Bud incorporates by reference all other Answers to all other paragraphs as if fully set forth below.

334. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law and refers to the statutes, regulations, and/or legal documents referenced in this paragraph for the language contained therein. Red Bud denies the remaining allegations in this paragraph.

335. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law and refers to the statutes, regulations, and/or legal documents referenced in this paragraph for the language contained therein. Red Bud denies the remaining allegations in this paragraph.

336. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal

proposition of law and refers to the statutes, regulations, and/or legal documents referenced in this paragraph for the language contained therein. Red Bud denies the remaining allegations in this paragraph.

337. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law and refers to the statutes, regulations, and/or legal documents referenced in this paragraph for the language contained therein. Red Bud denies the remaining allegations in this paragraph.

338. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law and refers to the statutes, regulations, and/or legal documents referenced in this paragraph for the language contained therein. Red Bud denies the remaining allegations in this paragraph.

339. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law and refers to the statutes, regulations, and/or legal documents referenced in this paragraph for the language contained therein. Red Bud denies the remaining allegations in this paragraph.

340. Red Bud denies the allegations contained in this paragraph.

341. Red Bud denies the allegations contained in this paragraph.

342. Red Bud denies the allegations contained in this paragraph.

343. Red Bud denies the allegations contained in this paragraph.

344. Red Bud denies the allegations contained in this paragraph.

345. Red Bud denies the allegations contained in this paragraph.

346. Red Bud denies the allegations contained in this paragraph.

347. Red Bud denies the allegations contained in this paragraph.

348. Red Bud denies the allegations contained in this paragraph.

349. This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, Red Bud denies that Plaintiff has fully or accurately stated any legal proposition of law. Red Bud denies that it violated any applicable law as described in Count IX.

350. Red Bud lacks knowledge and information sufficient to form a belief as to the truth or falsity of the averments in this paragraph regarding Plaintiff and class members intent, expectations, and/or personal beliefs so they are to be considered denied. Further answering, Red Bud denies that it violated any applicable law or invaded Plaintiff's or the class members' privacy.

351. Red Bud denies the allegations contained in this paragraph.

**COUNT X**
**VIOLATION OF THE ELECTRONIC COMMUNICATIONS PRIVACY ACT ("ECPA")**
**18 U.S.C. §2511(3)(a)**
**(On Behalf of Plaintiff and the Class)**

The Court dismissed Count X of the Complaint on September 30, 2025 (ECF No. 40) and Plaintiff has not filed an amended complaint reasserting the claim contained in Count X. Accordingly, no response to the allegations contained in Count X (Pars. 352-364) is required.

**COUNT XI**
**VIOLATION OF TITLE II OF THE ELECTRONIC COMMUNICATIONS PRIVACY ACT ("STORED COMMUNICATIONS ACT")**
**18 U.S.C. §2702, *et seq*.**
**(On Behalf of Plaintiff and the Class)**

The Court dismissed Count XI of the Complaint on September 30, 2025 (ECF No. 40) and Plaintiff has not filed an amended complaint reasserting the claim contained in Count XI. Accordingly, no response to the allegations contained in Count XI (Pars. 365-381) is required.

**COUNT XII**
**VIOLATION OF THE COMPUTER FRAUD AND ABUSE ACT ("CFAA")**
**18 U.S.C. §1030, *et seq.***
**(On Behalf of Plaintiff and the Class)**

The Court dismissed Count XII of the Complaint on September 30, 2025 (ECF No. 40) and Plaintiff has not filed an amended complaint reasserting the claim contained in Count XII. Accordingly, no response to the allegations contained in Count XII (Pars. 382-387) is required.

**PRAYER FOR RELIEF**

Red Bud denies that Plaintiff or any putative class member is entitled to any relief, including the relief requested in Plaintiff's Prayer for Relief subparts A through I.

**JURY DEMAND**

Red Bud denies that all of Plaintiff's claims and prayers for relief carry a right to a jury trial. Red Bud demands a jury trial on all claims so triable.

**AFFIRMATIVE DEFENSES AND OTHER DEFENSES**

Pending further investigation and discovery, Red Bud asserts the following affirmative defenses to the Complaint. Red Bud's investigation continues. Red Bud further states that discovery has not been completed yet, and the nature of Plaintiff's claims, which fail to delineate between or attribute conduct to specific defendants, make an analysis of all potential affirmative defenses that Red Bud may later choose to assert impossible at this time. Accordingly, Red Bud reserves the right to amend and/or supplement this Answer to assert other and additional defenses, counterclaims, cross claims, and third-party claims

**FIRST DEFENSE**

Plaintiff's claims, and those of the putative class members, are barred, in whole or in part, by the doctrine of estoppel.

**SECOND DEFENSE**

Plaintiff's claims, and those of the putative class members, are barred, in whole or in part, by the applicable statutes of limitations.

**THIRD DEFENSE**

Plaintiff's claims, and those of the putative class members, are barred, in whole or in part, by the doctrine of ratification.

**FOURTH DEFENSE**

Plaintiff's claims, and those of the putative class members, are barred, in whole or in part, by the doctrine of assumption of the risk.

**FIFTH DEFENSE**

Plaintiff's claims, and those of the putative class members, are barred, in whole or in part, for a failure of consideration.

**SIXTH DEFENSE**

Plaintiff's claims, and those of the putative class members, are barred, in whole or in part, by the economic loss rule.

**SEVENTH DEFENSE**

Plaintiff's claims, and those of the putative class members, are barred, in whole or in part, or reduced by their failure to avoid or mitigate damages.

**EIGHTH DEFENSE**

Plaintiff's claims, and those of the putative class members, are barred, in whole or in part, by their own contributory negligence.

**NINTH DEFENSE**

Plaintiff's claims, and those of the putative class members, are barred, in whole or in part, by the doctrine of laches.

**TENTH DEFENSE**

Plaintiff's claims, and those of the putative class members, are barred, in whole or in part, by their consent.

**ELEVENTH DEFENSE**

Plaintiff's claims, and those of the putative class members, are barred, in whole or in part, by release.

**TWELFTH DEFENSE**

Plaintiff's claims, and those of the putative class members, are barred, in whole or in part, by waiver.

**THIRTEENTH DEFENSE**

Plaintiff's claims, and those of the putative class members, are barred, in whole or in part, by the doctrine of unclean hands.

**FOURTEENTH DEFENSE**

Plaintiff fails to establish that they or the putative class members have suffered or are in any danger of immediately suffering a concrete legally cognizable injury. Plaintiff's claims and those of the putative class members are barred, in whole or in part, because Plaintiff and the putative class members have not suffered any injury, harm, or damage.

**FIFTEENTH DEFENSE**

Plaintiff and the putative class lack standing.

**SIXTEENTH DEFENSE**

Plaintiff's claims, and those of the putative class members, are barred, in whole or in part, to the extent that any alleged injury was voluntarily incurred for the purpose of manufacturing a legal claim.

**SEVENTEENTH DEFENSE**

Plaintiff's claims, and those of the putative class members, are barred, in whole or in part, because applying state law as urged by Plaintiff would violate the United States Constitution, including but not limited to the First and Fourteenth Amendments.

**EIGHTEENTH DEFENSE**

Plaintiff's claims, and those of the putative class members, are barred, in whole or in part, because imposition of punitive, statutory, and/or aggregated, class-wide damages in this case would be excessive and violate Red Bud's Due Process and other Constitutional rights, under both the United States and Illinois Constitutions.

**NINETEENTH DEFENSE**

Plaintiff's claims, and those of the putative class members, are barred, in whole or in part, because Plaintiffs' complaint is not appropriately brought as a class action lawsuit.

**TWENTIETH DEFENSE**

Plaintiff's claims, and those of the putative class members, are barred, in whole or in part, by a failure to state a claim upon which relief can be granted.

**TWENTY-FIRST DEFENSE**

Plaintiff's claims, and those of the putative class members, are barred, in whole or in part, because they are attempts to disguise invalid claims under HIPAA, which does not permit a private right of action, as other types of claims.

**TWENTY-SECOND DEFENSE**

Plaintiff's claims, and those of the putative class members, are barred, in whole or in part, by the doctrine of primary jurisdiction and/or preempted.

**TWENTY-THIRD DEFENSE**

Plaintiff's claims, and those of the putative class members, are barred, in whole or in part, and/or limited as provided in the Terms of Use for the subject website, among other relevant documents.

**TWENTY-FOURTH DEFENSE**

Red Bud is entitled to a set off for any duplicative amounts recovered by Plaintiff, and the putative class members, whether pursuant to a settlement or otherwise.

**DEMAND FOR JURY TRIAL**

Red Bud hereby demands a trial by jury on all issues so triable.

Dated: October 28, 2025

Respectfully submitted,

RED BUD ILLINOIS HOSPITAL COMPANY, LLC D/B/A RED BUD REGIONAL HOSPITAL

By: /s/*Jad Sheikali*
One of Its Attorneys

Jad Sheikali (#6324641)
**SHOOK, HARDY & BACON LLP**
111 S. Wacker Drive, Ste. 4700
Chicago, IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195
jsheikali@shb.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 28, 2025, the foregoing document was electronically filed with the Clerk of Court via CM/ECF, which will provide notification of such filing to all Counsel of Record.

/s/*Jad Sheikali*
Jad Sheikali